RUFFIN *v.* THE STATE.

FISH, C. J. The judgment sought to be reviewed in this case is one rendered on a petition which in substance was for the change of venue in a criminal case. Since the ratification of the constitutional amendment of November 7, 1916, fixing the jurisdiction of the Supreme Court and the Court of Appeals, the latter court and not the Supreme Court has jurisdiction to review the judgment in such case; and therefore it is transferred to the Court of Appeals. *Ruffin* v. *State*, this day decided, ante, 743.

*All the Justices concur.*

No. 2605. JULY 15, 1921.

Indictment for murder; change of venue. Before Judge Strange. Jenkins superior court. April 13, 1921.

Counsel as in case next before.